EXHIBIT 2 (two)

2 pages

## ANDREA E. NAUGLE
## LEHIGH COUNTY CLERK OF JUDICIAL RECORDS



Recorder of Deeds Division
Deborah A. Casciotti, Chief Deputy
Lehigh County Courthouse
455 W. Hamilton Street - Room 122
Allentown, PA  18101-1614
(610) 782-3162

*RETURN DOCUMENT TO:
JOE HANNA

**Instrument Number - 2016000009**
Recorded On 1/4/2016 At 8:55:39 AM
* Instrument Type - ELECTED OFFICIAL COMMISSION AND BOND
  Invoice Number - 259232        User ID: LJS        *Total Pages - 2
* Grantor - PENNSYLVANIA COMMONWEALTH OF
* Grantee - HANNA, JOE
* Customer - JOE HANNA

* FEES

TOTAL PAID                $0.00

I hereby CERTIFY that this document is
Recorded in the Recorder of Deeds Office
of Lehigh County, Pennsylvania



Andrea E. Naugle
Clerk of Judicial Records
Recorder of Deeds Division

## THIS IS A CERTIFICATION PAGE

## Do Not Detach

### THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT
* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

INSTRUMENT NUMBER - **2016000009**

RECORDED
01/04/2016 8:55:39 AM
RECORDER OF DEEDS
LEHIGH COUNTY
PENNSYLVANIA
Inst Num:      2016001

# Commonwealth of Pennsylvania

## Governor's Office

### Joe Hanna

of the County of

### Lehigh

in the Commonwealth of Pennsylvania

I, Andrea E. Naugle, Clerk of Judicial Records, hereby CERTIFY that this is a true and correct copy of the original document recorded in the Recorder of Deeds Div of Lehigh County, Pennsylvania

by: _____  9/14/
     Deputy

**Greetings:**

Whereas, It appears by the certificates and returns made according to law, that you have been duly elected Sheriff.

**Therefore, Know Ye,** That in conformity to the provisions of the Constitution and Laws of the said Commonwealth in such case made and provided, I do by these presents commission you to be

### Sheriff

of the County aforesaid. Hereby committing the said county with the appurtenances and peace within the same, to your care and defense, authorizing and commanding you to do and perform all the several acts and things in the said county that to the office of Sheriff, according to the laws of the said Commonwealth, do in anywise belong.

**To Have and To Hold** the said office, together with all the rights, powers and emoluments thereunto belonging or by law in anywise appertaining for the term of four years to computed from the first Monday of January, two thousand and sixteen and until your successor shall be duly qualified, if you shall so long behave yourself well.

Given under my hand and the Great Seal of the State, at the City of Harrisburg, this twenty-fourth of December in the year of our Lord, two thousand and fifteen and of the Commonwealth the two hundred and fortieth.

Tom Wolf