Daniel Kennedy
401 T. Mill Jx Rd.
Lewisville PA 19031

Chartwork County
[illegible]
[illegible]
Clerk of Court
US District Court WD PA
U.S. Courthouse
700 Grant St
Pittsburgh PA .. 2/19


